I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Plaintiff
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1.5.12

DEPUTY CLERK

JS - 6 / **ENTERED**

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROBERT MOSLEY,                    ) Case No. CV 11-6100-GHK (JPR)
                                  )
              Plaintiff,          )
                                  )      J U D G M E N T
         vs.                      )
                                  )
P. SNYDER et al.,                 )
                                  )
              Defendants.         )
                                  )
_____ )

     In accordance with the Order Re: Dismissal of Action for
Failure to Prosecute,

     IT IS HEREBY ADJUDGED that this action is dismissed
without prejudice.

DATED:    1/5/12

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE