I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _1.5.12_

DEPUTY CLERK

JS - 6 / **ENTERED**

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**JAN – 5** 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**JAN – 5** 2012

CENTRAL DISTRICT OF CALIFORNIA
                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ROBERT MOSLEY,

            Plaintiff,

       vs.

P. SNYDER et al.,

           Defendants.

) Case No. CV 11-6100-GHK (JPR)
)
)         **J U D G M E N T**
)
)
)
)
)
)

    In accordance with the Order Re: Dismissal of Action for Failure to Prosecute,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: _1/5/12_

GEORGE H. KING
UNITED STATES DISTRICT JUDGE